**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

In re:                                                    )
                                                          )
MICHAEL J. MELTON,                        )      Case No. 15-33650-KRH
                                                          )
    Debtor.                                      )
                                                          )

**NOTICE OF WITHDRAWAL OF TRUSTEE'S**
**MOTION TO SELL PROPERTY OF THE ESTATE**

PLEASE TAKE NOTICE that on December 30, 2015, Harry Shaia, Jr. (the "Trustee") for the bankruptcy estate of Michael J. Melton, by counsel, filed the Trustee's Motion to Sell Property of the Estate (the "**First Sale Motion**") [ECF No. 32].

PLEASE TAKE FURTHER NOTICE that the Trustee hereby withdraws the First Sale Motion and concurrent herewith, is filing the Trustee's Motion for Orders (A) Establishing Procedures for the Sale of the Debtor's Economic Interest in HAMA II, LLC and (B) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances.

                                                HARRY SHAIA, JR., TRUSTEE

                                                /s/ Christian K. Vogel
                                                Counsel

Christian K. Vogel  (Va. Bar No. 75537)
Vogel & Cromwell, L.L.C.
8550 Mayland Drive
Suite 204
Richmond, VA 23294
(804) 728-1574

    Counsel for the Trustee

Vogel & Cromwell, L.L.C.

Christian K. Vogel (Va. Bar No. 75537)
Vogel & Cromwell, L.L.C.
8550 Mayland Drive
Suite 204
Richmond, VA 23294
(804) 728-1574

    Counsel for the Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of January, 2016, a true and correct copy of this Notice of Withdrawal of Trustee's Motion to Sell Property of the Estate was sent by first-class mail, postage prepaid or electronic delivery to all parties on the attached Service List and on the parties listed below by first-class mail, postage prepaid or electronic delivery:

| | |
|---|---|
| Robert B. Van Arsdale, Esq.<br>Office of the U.S. Trustee<br>701 East Broad Street - Suite 4304<br>Richmond, VA 23219<br>    Assistant U.S. Trustee | Bernard Meyer, Jr., Esq.<br>MeyerGoergen P.C.<br>1802 Bayberry Court, Suite 200<br>Richmond, Virginia 23226 |
| Michael J. Melton<br>8438 Pheasant Court<br>Ashland, Virginia 23005 | Mr. Larry Giannasi<br>P.O. Box 1555<br>Mechanicsville, VA 23116 |
| David Edward Noll, Esq.<br>Cravens & Noll, P.C.<br>Suite 200<br>Richmond, VA 23236<br>    Counsel for Debtor | William Wood<br>605 Cross Ridge Lane<br>Manakin Sabot, Virginia 23103 |
| | David H. Creasy, CPA<br>2214 Westwood Avenue<br>Richmond, Virginia 23230 |

    /s/ Christian K. Vogel
    Counsel

Vogel &
Cromwell, L.L.C.

Wells Fargo Bank, N.A.
501 Independence Parkway, Suite 203
Chesapeake, VA 23320-5174

AT&T
P. O. Box 10330
Fort Wayne, IN 46851-0330

Adam Wener
7401 Count Fleet Drive
Midlothian, VA 23112-6401

BB&T Bankruptcy Section
100-50-01-51
P. O. Box 1847
Wilson, NC 27894-1847

Barclays Bank Delaware
Attn: Bankruptcy
P. O. Box 8801
Wilmington, DE 19899-8801

Bernard Meyer, Jr., Esquire
5241 Monument Ave., 2A
Richmond, VA 23226-1427

Branch B & T
P. O. Box 2306
Wilson, NC 27894-2306

Card Services
P. O. Box 13337
Philadelphia, PA 19101-3337

Crossridge Ventures, LLC
10160 Staples Mill Road
Glen Allen, VA 23060-3447

Directv, LLC
Attn: Bankruptcies
P. O. Box 650
Greenwood Village, CO 80155-6550

Dominion Virginia Power
P. O. Box 26666
18th Floor
Richmond, VA 23261-6666

Dominion Virginia Power
P. O. Box 26543
Richmond, VA 23290-0001

HAMA LLC
5241 Monument Ave., #2A
Richmond, VA 23226-1427

Hampton Roads Bankshares
112 Corporate Drive
Elizabeth /city, NC 27909-7027

Hughes Net
P. O. Box 96874
Chicago, IL 60693-6874

IRS
P. O. Box 7346
Philadelphia, PA 19101-7346

Online Collections
P. O. Box 1489
Winterville, NC 28590-1489

R. Andrew Kestner
10160 Staples Mill Road
Glen Allen, VA 23060-3447

SONA Bank
6830 Old Dominion Drive
McLean, VA 22101-6035

Shapiro & Burson
10021 Balls Ford Road
Suite 200
Manassas, VA 20109-2666

The Bank of Hampton Roads
Attn: Jacqueline Byers
641 Lynnhaven Parkway
Virginia Beach VA 23452-7307

USAA Savings Bank
c/o Weinstein & Riley, PS
2001 Western Ave., Suite 400
Seattle, WA 98121-3132

USAA Savings Bank
10750 McDermott
San Antonio, TX 78288-1600

Verizon
P. O. Box 660720
Dallas, TX 75266-0720

Village Bank
13531 Midlothian T
Midlothian, VA 23113-4261

Wells Fargo Bank, N.A.
P. O. Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N/A
Wells Fargo Home Mortgage Americas Servicing
Attn: Bankruptcy Department
Mac X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
8480 Stagecoach Cir.
Frederick, MD 21701

William Wood
605 Cross Ridge Lane
Manakin Sabot, VA 23103-3158

Harry Shaia, Jr., Esquire
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

Judy A. Robbins, U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1849

Michael J. Melton
8438 Pheasant Court
Ashland, VA 23005-7867

Robert B. Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

David E. Noll, Esquire
Cravens & Noll, P.C.
9011 Arboretum Parkway
Suite 200
Richmond, VA 23236-3486

Bernard Meyer, Jr., Esquire
MeyerGoergen, P.C.
1802 Bayberry Court
Suite 200
Richmond, VA 23226

Larry Giannasi
P. O. Box 1555
Mechanicsville, VA 23116-0001

William Wood, Esquire
Batzli Stiles Butler
3957 Westerre Parkway
Suite 400
Richmond, VA 23233

David H. Creasy, CPA
2214 Westwood Ave.
Richmond, VA 23230