**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL J. MELTON, | ) | Case No. 15-33650-KRH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Address:   8438 Pheasant Court, | ) | |
|            Ashland, VA 23005, | ) | |
| | ) | |
| Last four digits of Social Security | ) | |
| No(s)., (if any): 8355 | ) | |

**NOTICE OF TRUSTEE'S MOTION FOR ORDERS (A) ESTABLISHING
PROCEDURES FOR THE SALE OF THE DEBTOR'S ECONOMIC
INTEREST IN HAMA II, LLC AND (B) AUTHORIZING THE SALE
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

PLEASE TAKE NOTICE that Harry Shaia, Jr., (the "**Trustee**"), by counsel, has filed the Trustee's Motion for Orders (A) Establishing Procedures for the Sale of the Debtor's Economic Interest in HAMA II, LLC and (B) Authorizing the Sale Free and Clear of All Liens, Claims, and Encumbrances (the "**Motion**") seeking authority to sell the above-captioned debtor's 12.756% economic interest in HAMA II, LLC to the highest bidder at auction.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  If you do not want the Court to grant the relief requested in the Motion or if you want the Court to consider your view on the Motion, then on or before February 5, 2016, you or your attorney must:

[ X ]   File with the Court, at the address shown below, a written objection.  If you mail your written objection to the court for filing, you must mail it early enough so the court, and the Trustee, will **receive** it on or before February 5, 2016.

Vogel & Cromwell, L.L.C.

---
Christian K. Vogel  (Va. Bar No. 75537)
Vogel & Cromwell, L.L.C.
8550 Mayland Drive
Suite 204
Richmond, VA 23294
(804) 728-1574

Counsel for the Trustee

>William C. Redden, Clerk
>United States Bankruptcy Court
>for the Eastern District of Virginia
>701 East Broad Street, Suite 4000
>Richmond, Virginia 23219

You must also deliver a copy to:

>Christian K. Vogel
>Vogel & Cromwell, L.L.C.
>8550 Mayland Drive
>Suite 204
>Richmond, VA 23294

[ X ]   Attend the hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, at 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219 on February 10, 2016 at 12:00 p.m. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If the Court approves the Bid Procedures for the sale of the Debtor's economic interest in HAMA II, LLC as proposed in the Motion, any objections to such sale shall be filed by February 17, 2016, and the Trustee will seek approval of the sale at a hearing before the Honorable Kevin R. Huennekens on February 24, 2016 at 12:00 p.m.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order(s) granting the relief requested.

Vogel &
Cromwell, L.L.C.

HARRY SHAIA, JR., TRUSTEE

/s/ Christian K. Vogel
Counsel

Christian K. Vogel (Va. Bar No. 75537)
Vogel & Cromwell, L.L.C.
8550 Mayland Drive
Suite 204
Richmond, VA 23294
(804) 728-1574
    Counsel for the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2016, a true and correct copy of this Trustee's Notice of Trustee's Motion for Orders (A) Establishing Procedures for the Sale of Debtor's Economic Interest in HAMA II, LLC and (B) Authorizing the Sale Free and Clear of All Liens, Claims, and Encumbrances was sent to all parties on the attached Service List and on the parties listed below by first-class mail, postage prepaid or electronic delivery.

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
    Assistant U.S. Trustee

Michael J. Melton
8438 Pheasant Court
Ashland, Virginia 23005

David Edward Noll, Esq.
Cravens & Noll, P.C.
Suite 200
Richmond, VA 23236
    Counsel for Debtor

Bernard Meyer, Jr., Esq.
MeyerGoergen P.C.
1802 Bayberry Court, Suite 200
Richmond, Virginia 23226

Mr. Larry Giannasi
P.O. Box 1555
Mechanicsville, VA 23116

William Wood
605 Cross Ridge Lane
Manakin Sabot, Virginia 23103

David H. Creasy, CPA
2214 Westwood Avenue
Richmond, Virginia 23230

    /s/ Christian K. Vogel

Vogel &
Cromwell, L.L.C.

3

Wells Fargo Bank, N.A.
501 Independence Parkway, Suite 203
Chesapeake, VA 23320-5174

AT&T
P. O. Box 10330
Fort Wayne, IN 46851-0330

Adam Wener
7401 Count Fleet Drive
Midlothian, VA 23112-6401

BB&T Bankruptcy Section
100-50-01-51
P. O. Box 1847
Wilson, NC 27894-1847

Barclays Bank Delaware
Attn: Bankruptcy
P. O. Box 8801
Wilmington, DE 19899-8801

Bernard Meyer, Jr., Esquire
5241 Monument Ave., 2A
Richmond, VA 23226-1427

Branch B & T
P. O. Box 2306
Wilson, NC 27894-2306

Card Services
P. O. Box 13337
Philadelphia, PA 19101-3337

Crossridge Ventures, LLC
10160 Staples Mill Road
Glen Allen, VA 23060-3447

Directv, LLC
Attn: Bankruptcies
P. O. Box 650
Greenwood Village, CO 80155-6550

Dominion Virginia Power
P. O. Box 26666
18th Floor
Richmond, VA 23261-6666

Dominion Virginia Power
P. O. Box 26543
Richmond, VA 23290-0001

HAMA LLC
5241 Monument Ave., #2A
Richmond, VA 23226-1427

Hampton Roads Bankshares
112 Corporate Drive
Elizabeth /city, NC 27909-7027

Hughes Net
P. O. Box 96874
Chicago, IL 60693-6874

IRS
P. O. Box 7346
Philadelphia, PA 19101-7346

Online Collections
P. O. Box 1489
Winterville, NC 28590-1489

R. Andrew Kestner
10160 Staples Mill Road
Glen Allen, VA 23060-3447

SONA Bank
6830 Old Dominion Drive
McLean, VA 22101-6035

Shapiro & Burson
10021 Balls Ford Road
Suite 200
Manassas, VA 20109-2666

The Bank of Hampton Roads
Attn: Jacqueline Byers
641 Lynnhaven Parkway
Virginia Beach VA 23452-7307

USAA Savings Bank
c/o Weinstein & Riley, PS
2001 Western Ave., Suite 400
Seattle, WA 98121-3132

USAA Savings Bank
10750 McDermott
San Antonio, TX 78288-1600

Verizon
P. O. Box 660720
Dallas, TX 75266-0720

Village Bank
13531 Midlothian T
Midlothian, VA 23113-4261

Wells Fargo Bank, N.A.
P. O. Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N/A
Wells Fargo Home Mortgage Americas Servicing
Attn: Bankruptcy Department
Mac X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
8480 Stagecoach Cir.
Frederick, MD 21701

William Wood
605 Cross Ridge Lane
Manakin Sabot, VA 23103-3158

Harry Shaia, Jr., Esquire
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

Judy A. Robbins, U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1849

Michael J. Melton
8438 Pheasant Court
Ashland, VA 23005-7867

Robert B. Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

David E. Noll, Esquire
Cravens & Noll, P.C.
9011 Arboretum Parkway
Suite 200
Richmond, VA 23236-3486

Bernard Meyer, Jr., Esquire
MeyerGoergen, P.C.
1802 Bayberry Court
Suite 200
Richmond, VA 23226

Larry Giannasi
P. O. Box 1555
Mechanicsville, VA 23116-0001

William Wood, Esquire
Batzli Stiles Butler
3957 Westerre Parkway
Suite 400
Richmond, VA 23233

David H. Creasy, CPA
2214 Westwood Ave.
Richmond, VA 23230