# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MELTON, MICHAEL J. | § | Case No. 15-33650 KRH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/21/2015 . The undersigned trustee was appointed on 07/22/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     85,971.29

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4.28 |
   | Bank service fees | 476.95 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $     85,490.06

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/20/2015  and the deadline for filing governmental claims was  01/19/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,548.56 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,548.56 , for a total compensation of $ 7,548.56 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 94.47 , for total expenses of $ 94.47 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2016                    By:/s/HARRY SHAIA, JR., TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| For Period Ending: | 10/11/16 | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8438 PHEASANT RUSH COURT, ASHLAND, VIRGINIA 23005 | 550,600.00 | 0.00 | | 0.00 | FA |
| 8438 Pheasant Rush Court, Ashland, Virginia 23005 - liens exceed value. | | | | | |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| Cash in wallet | | | | | |
| Debtor Claimed Exemption | | | | | |
| 3. UNION BANK CHECKING | 10.00 | 0.00 | | 0.00 | FA |
| Union Bank, 10250 Staples Mill Road, Glen Allen, VA 23060 - checking account #8352617246 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD GOODS | 3,900.00 | 0.00 | | 0.00 | FA |
| Living Room furniture, Dining Room furniture, (3) Bedrooms, Bonus Room, (3) TV's, Garage, Deck Furniture | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. BOOKS / COLLECTIBLES | 250.00 | 249.00 | | 0.00 | FA |
| Misc. books, pictures, CD's and albums - Burdensome | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| Men's - casual, business and dress clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. FURS AND JEWELRY | 500.00 | 499.00 | | 0.00 | FA |
| Class ring and men's watch - Burdensome. | | | | | |
| 8. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| Wedding ring | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| Firearms - Mossberg Shotgun Black Powder Rifle CZ75 9mm | | | | | |

Case 15-33650-KRH    Doc 82    Filed 01/17/17    Entered 01/17/17 11:51:53    Desc Main
Document    Page 4 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| | | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. FIREARMS AND HOBBY EQUIPMENT | 200.00 | 199.00 | | 0.00 | FA |
| Tennis racquets and ski equipment - Burdensome. | | | | | |
| 11. INSURANCE POLICIES | 10,905.28 | 5,971.28 | | 5,971.29 | FA |
| Lincoln Benefit Life Company - Whole Life policy #02L1110437. Debtor purchased the unexempted portion of the life insurance cash value from the bankruptcy estate. | | | | | |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. PARTNERSHIPS - JM COMMERCIAL | 0.00 | 0.00 | | 0.00 | FA |
| JM Commercial Real Estate - 45% interest | | | | | |
| 14. PARTNERSHIPS - HAMA II, LLC | Unknown | 0.00 | | 80,000.00 | FA |
| HAMA II, LLC - LLC owns Bowles Farm Plaza - 7500 Mechanicsville Turnpike, Mechanicsville, VA 23111 - Est. Value: $4,000,000.00 - Approx Note on Property $3,250,000.00 - additionally debts owed to other LLC members is basis for Debtor's belief that the LLC does not have any value. | | | | | |
| 15. 2001 HONDA CIVIC | 600.00 | 0.00 | | 0.00 | FA |
| 2001 Honda Civic 4D Sedan w/ approximately 161,000 miles. Vehicle is owned jointly. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. 2004 FORD EXPLORER | 1,250.00 | 0.00 | | 0.00 | FA |
| 2004 Ford Explorer w/ approximately 164,000 miles. Vehicle is owned jointly. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. 2008 FORD FOCUS | 1,850.00 | 0.00 | | 0.00 | FA |
| 2008 Ford Focus w/ approximately 90,000 miles. Vehicle is owned jointly. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| | | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 18. 2005 UTILITY TRAILER | 200.00 | 199.00 | | 0.00 | FA |
| 2005 Utility Trailer - Burdensome. | | | | | |
| 19. 2006 TORO RIDING MOWER | 300.00 | 299.00 | | 0.00 | FA |
| Burdensome. | | | | | |
| 20. OFFICE EQUIPMENT | 900.00 | 600.00 | | 0.00 | FA |
| Misc. office equipment, Dell laptop and HP printer - Burdensome. | | | | | |
| 21. INTEREST IN HAMA II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| HAMA II, LLC - 12.756% interest (This is the same as asset #14; previously entered as asset #12 and voided in error). | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $572,915.28 | $8,016.28 | | $85,971.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/11/16: Prepared TFR.

11/11/16: Filed Redford's application for compensation; notice with TFR.

10/10/16: Fee application in from Ellis Redford.

09/22/16: Mailed tax returns to VA & IRS with prompt determination letters.

09/21/16: Ellis Redford's office delivered tax returns..

09/19/16: Received 2015 tax returns; forwarded to Ellis Redford.

09/13/16: Email from Ellis Redford, should have tax returns complete by next week at latest.

06/15/16: Attorney fee application filed.  Hearing scheduled for 7/13/2016 at 12:00 PM

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 4

| | | |
|---|---|---|
| Case No: | 15-33650    KRH    Judge: KEVIN R. HUENNEKENS | Trustee Name: HARRY SHAIA, JR., TRUSTEE |
| Case Name: | MELTON, MICHAEL J. | Date Filed (f) or Converted (c): 07/21/15 (f) |
| | | 341(a) Meeting Date: 08/18/15 |
| | | Claims Bar Date: 11/20/15 |

06/03/16: Kirk Vogel is preparing his final fee application.

04/27/15: 2015 schedule K-1 sent to Ellis Redford.

04/26/16: Ellis Redford requires the schedules K-1 for 2014 & 2015 for HAMA II LLC. Forwarded 2013 & 2014. Requested 2015 from debtor's attorney.

04/22/16: Prepared application to employ Ellis Redford

04/06/16: Hearing held; Motion GRANTED; Objection Overruled

04/05/16: Objection to sale filed by William Baldwin

04/05/16: Auction held and interest in the LLC sold for $80K

03/31/16: Order entered Authorizing Trustee to Disclose Financial Information of Hama II, LLC to Potential Bidders

03/25/16: Order to Sell entered by court.

02/26/16: Motion filed: Trustee proposes to sell the Membership Interest to QuickLiquidity or the highest bidder for the purchase price of $20,000.00 or such higher bid amount to be paid within three (3) days of entry of any order of this Court approving such sale.

01/13/16: Offer in from Yoni Miller to purchase partnership interest for $20K; Kirk will withdraw previously filed Motion and file new Motion.

01/08/16: Final check in amount of $1990.43 received.

12/30/15: Motion filed to sell the Membership Interest to HAMA for the purchase price of $15,000.00 to be paid within two (2) business days of entry of any order of this Court approving such sale.

12/09/15: Debtor delivered cashier's check for $1990.43.

11/25/15: Reviewed claims 1-4. No objections.

11/09/15: Debtor delivered cashier's check for $1990.43.

09/29/15: Debtor to pay $1990.43 on 11/10/15, 12/10/15 and 01/11/16.

09/10/15: the debtor is to pay the estate the $5971.28 in life insurance in 3 installments

08/20/15: Notice as Asset Case.

08/18/15: Debtor has 10 days to provide letter to trustee on how he intends to surrender non-exempted portion of life insurance.

Initial Projected Date of Final Report (TFR): 09/30/16       Current Projected Date of Final Report (TFR): 09/30/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 15-33650 -KRH |
| Case Name: | MELTON, MICHAEL J. |
| Taxpayer ID No: | *******3443 |
| For Period Ending: | 10/11/16 |

| | |
|---|---|
| Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
| Bank Name: | Signature Bank |
| Account Number / CD #: | *******8034 Checking |
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/07/16 | | Trsf In From EAGLEBANK | INITIAL WIRE TRANSFER IN | 9999-000 | 85,760.01 | | 85,760.01 |
| C  08/05/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 91.05 | 85,668.96 |
| C  09/08/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 90.96 | 85,578.00 |
| C  10/07/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 87.94 | 85,490.06 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

PFORM24

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 15-33650 -KRH | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0017  Checking - Non Interest |
| Taxpayer ID No: | *******3443 | | |
| For Period Ending: | 10/11/16 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/09/15 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 1 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 1,990.43 |
| C  12/08/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 2.00 | 1,988.43 |
| C  12/09/15 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 2 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 3,978.86 |
| C  01/08/16 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 3 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 5,969.29 |
| C  01/13/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 3.00 | 5,966.29 |
| C  02/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 5,960.29 |
| C  03/07/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 5,954.29 |
| *C  03/09/16 | 001001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM INVOICE # 256522 POLICY #3792908 - 03/01/2016 - 03/01/2017 | 2300-000 | | 3.57 | 5,950.72 |
| *C  03/10/16 | 001001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS | 2300-000 | | -3.57 | 5,954.29 |
| *C  03/10/16 | 001002 | INSURANCE BROKERAGE ANTITRUST LITIG C/O COMPLETE CLAIM SOLUTIONS, LLC P.O. BOX 24721 WEST PALM BEACH, FL 33416 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM BOND POLICY # 3792908 - 03/01/2016 - 03/01/2017 INVOICE # 256522 | 2300-000 | | 4.07 | 5,950.22 |
| *C  03/10/16 | 001002 | INSURANCE BROKERAGE ANTITRUST LITIG C/O COMPLETE CLAIM SOLUTIONS, LLC P.O. BOX 24721 WEST PALM BEACH, FL 33416 | BOND PAYMENTS Payee incorrect | 2300-000 | | -4.07 | 5,954.29 |
| C  03/10/16 | 001003 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM BOND POLICY # 3792908 - 03/01/2016 - 03/01/2017 INVOICE # 256522 | 2300-000 | | 4.28 | 5,950.01 |
| C  04/06/16 | 14 | REMA 2755 PHILMONT AVE, STE 130 HUNTINGTON VALLEY, PA 19006 | Liquidation of personal property Proceeds from auction of debtor's interest in HAMA II, LLC held on 04/05/16. Sale approved by Order entered 04/27/16 (Doc 64). | 1129-000 | 75,000.00 | | 80,950.01 |
| C  04/06/16 | 14 | Quick Liquidity 500 NE Spanish River Blvd #205 Boca Raton, FL  33431 | Liquidation of personal property Deposit from QuickLiquidity for debtor's interest in HAMA II, LLC.  Sale approved by Order entered 04/27/16 (Doc 64). | 1129-000 | 5,000.00 | | 85,950.01 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 15-33650 -KRH | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MELTON, MICHAEL J. | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0017  Checking - Non Interest |
| Taxpayer ID No: | *******3443 | | |
| For Period Ending: | 10/11/16 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  04/11/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 85,944.01 |
| C  05/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 72.00 | 85,872.01 |
| C  06/01/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 91.00 | 85,781.01 |
| C  06/03/16 | | EagleBank | Pro-rated June 16' bank fee | 2600-000 | | 21.00 | 85,760.01 |
| C  06/07/16 | | Trsf To Signature Bank | FINAL TRANSFER | 9999-000 | | 85,760.01 | 0.00 |

**Total Of All Accounts    85,490.06**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 11, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-33650  
Debtor Name: MELTON, MICHAEL J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005<br>001<br>3210-00 | VOGEL & CROMWELL LLC<br>204 MC CLANAHAN AVENUE<br>ROANOKE, VA 24014 | Administrative | Order entered on 07/29/16 approving compensation | $19,893.75 | $0.00 | $19,893.75 |
| 000006<br>001<br>3220-00 | VOGEL & CROMWELL LLC<br>204 MC CLANAHAN AVENUE<br>ROANOKE, VA 24014 | Administrative | Order entered 07/29/16 approving expenses | $590.27 | $0.00 | $590.27 |
| 000007<br>001<br>3410-00 | GEORGE ELLIS REDFORD, IV, P.C., CPA<br>2573 HOMEVIEW DRIVE<br>RICHMOND, VA 23294-1700 | Administrative | Fees $880.80 and costs $0.47 for total $881.27 | $881.27 | $0.00 | $881.27 |
| BOND<br>999<br>2300-00 | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OHIO 44145 | Administrative | | $4.28 | $4.28 | $0.00 |
| BOND<br>999<br>2300-00 | INSURANCE BROKERAGE ANTITRUST LITIG<br>C/O COMPLETE CLAIM SOLUTIONS, LLC<br>P.O. BOX 24721<br>WEST PALM BEACH, FL 33416 | Administrative | Transaction voided. Error in payee. | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Administrative | | | $21,369.57 | $4.28 | $21,365.29 |
| 000002A<br>040<br>5800-00 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $4,509.96 | $0.00 | $4,509.96 |
| | Subtotal for Class Priority | | | $4,509.96 | $0.00 | $4,509.96 |
| 000001<br>070<br>7100-00 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. BOX 1847<br>WILSON, NC 27894 | Unsecured | | $8,598.41 | $0.00 | $8,598.41 |
| 000002B<br>070<br>7100-00 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured | | $303.37 | $0.00 | $303.37 |
| 000003<br>070<br>7100-00 | USAA SAVINGS BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $12,401.79 | $0.00 | $12,401.79 |
| 000004<br>070<br>7100-00 | THE BANK OF HAMPTON ROADS<br>ATTN: JACQUELINE BYERS<br>641 LYNNHAVEN PARKWAY<br>VIRGINIA BEACH, VA 23452 | Unsecured | | $3,109,568.80 | $0.00 | $3,109,568.80 |
| | Subtotal for Class Unsecured | | | $3,130,872.37 | $0.00 | $3,130,872.37 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: October 11, 2016 |

Case Number:   15-33650         Claim Class Sequence
Debtor Name:   MELTON, MICHAEL J.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $3,156,751.90 | $4.28 | $3,156,747.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-33650 KRH
Case Name: MELTON, MICHAEL J.
Trustee Name: HARRY SHAIA, JR., TRUSTEE

Balance on hand $ 85,490.06

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: HARRY SHAIA, JR., TRUSTEE | $ 7,548.56 | $ 0.00 | $ 7,548.56 |
| Trustee Expenses: HARRY SHAIA, JR., TRUSTEE | $ 94.47 | $ 0.00 | $ 94.47 |
| Attorney for Trustee Fees: VOGEL & CROMWELL LLC | $ 19,893.75 | $ 0.00 | $ 19,893.75 |
| Attorney for Trustee Expenses: VOGEL & CROMWELL LLC | $ 590.27 | $ 0.00 | $ 590.27 |
| Accountant for Trustee Fees: GEORGE ELLIS REDFORD, IV, P.C., CPA | $ 881.27 | $ 0.00 | $ 881.27 |
| Other: INSURANCE BROKERAGE ANTITRUST LITIG | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: INSURANCE PARTNERS AGENCY, INC. | $ 4.28 | $ 4.28 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $  29,008.32

Remaining Balance    $  56,481.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,509.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | IRS | $ 4,509.96 | $ 0.00 | $ 4,509.96 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 4,509.96 |
| Remaining Balance | $ 51,971.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,130,872.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BB&T, BANKRUPTCY SECTION | $ 8,598.41 | $ 0.00 | $ 142.73 |
| 000003 | USAA SAVINGS BANK | $ 12,401.79 | $ 0.00 | $ 205.87 |
| 000004 | THE BANK OF HAMPTON ROADS | $ 3,109,568.80 | $ 0.00 | $ 51,618.14 |
| 000002B | IRS | $ 303.37 | $ 0.00 | $ 5.04 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 51,971.78 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE