UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                              §
                                    §
MELTON, MICHAEL J.                  §      Case No. 15-33650 KRH
                                    §
                                    §
           Debtor                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

HARRY SHAIA, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 552,044.00 *(Without deducting any secured claims)* | Assets Exempt: 14,900.00 |
| Total Distributions to Claimants: 56,481.74 | Claims Discharged Without Payment: 154,932.73 |
| Total Expenses of Administration: 29,489.55 | |

3) Total gross receipts of $ 85,971.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 85,971.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,820,647.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,489.55 | 29,489.55 | 29,489.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,888.00 | 4,509.96 | 4,509.96 | 4,509.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,767.00 | 156,761.51 | 156,761.51 | 51,971.78 |
| **TOTAL DISBURSEMENTS** | $ 3,896,302.00 | $ 190,761.02 | $ 190,761.02 | $ 85,971.29 |

4)  This case was originally filed under chapter 7 on 07/21/2015 . The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2017               By:/s/HARRY SHAIA, JR., TRUSTEE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INSURANCE POLICIES | 1129-000 | 5,971.29 |
| PARTNERSHIPS - HAMA II, LLC | 1129-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$85,971.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hampton Roads Bankshares 112 Corporate Drive Elizabeth City, NC 27909 | | 3,250,000.00 | NA | NA | 0.00 |
| | Wells Fargo Bank N A Po Box 31557 Billings, MT 59107 | | 62,647.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 508,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,820,647.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HARRY SHAIA, JR., TRUSTEE | 2100-000 | NA | 7,548.56 | 7,548.56 | 7,548.56 |
| HARRY SHAIA, JR., TRUSTEE | 2200-000 | NA | 94.47 | 94.47 | 94.47 |
| INSURANCE BROKERAGE ANTITRUST LITIG | 2300-000 | NA | 0.00 | 0.00 | 0.00 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | 4.28 | 4.28 | 4.28 |
| EAGLEBANK | 2600-000 | NA | 207.00 | 207.00 | 207.00 |
| Signature Bank | 2600-000 | NA | 269.95 | 269.95 | 269.95 |
| VOGEL & CROMWELL LLC | 3210-000 | NA | 19,893.75 | 19,893.75 | 19,893.75 |
| VOGEL & CROMWELL LLC | 3220-000 | NA | 590.27 | 590.27 | 590.27 |
| GEORGE ELLIS REDFORD, IV, P.C., CPA | 3410-000 | NA | 881.27 | 881.27 | 881.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 29,489.55 | $ 29,489.55 | $ 29,489.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | IRS | 5800-000 | 4,888.00 | 4,509.96 | 4,509.96 | 4,509.96 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 4,888.00 | $ 4,509.96 | $ 4,509.96 | $ 4,509.96 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T P.O. Box 10330 Fort Wayne, IN 46851 | | 226.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 4,362.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Card Services P.O. Box 13337 Philadelphia, PA 19101 | | 4,193.00 | NA | NA | 0.00 |
| | Crossridge Ventures, LLC 10160 Staples Mill Road Glen Allen, VA 23060 | | 3,500.00 | NA | NA | 0.00 |
| | Direct TV PO Box 6550 Englewood, CO 80155 | | 500.00 | NA | NA | 0.00 |
| | Dominion Virginia Power PO Box 26543 Richmond, VA 23290-0001 | | 1,000.00 | NA | NA | 0.00 |
| | Hughes Net PO Box 96874 Chicago, IL 60693 | | 163.00 | NA | NA | 0.00 |
| | Online Collections Po Box 1489 Winterville, NC 28590 | | 508.00 | NA | NA | 0.00 |
| | SONA Bank 6830 Old Dominion Drive Mc Lean, VA 22101 | | 4,500.00 | NA | NA | 0.00 |
| | Verizon PO Box 660720 Dallas, TX 75266 | | 80.00 | NA | NA | 0.00 |
| | Village Bank 13531 Midlothian T Midlothian, VA 23113 | | 23,093.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village Bank 13531 Midlothian T Midlothian, VA 23113 | | 8,018.00 | NA | NA | 0.00 |
| 000001 | BB&T, BANKRUPTCY SECTION | 7100-000 | 8,299.00 | 8,598.41 | 8,598.41 | 2,850.67 |
| 000002B | IRS | 7100-000 | NA | 303.37 | 303.37 | 100.58 |
| 000003 | USAA SAVINGS BANK | 7100-000 | 12,325.00 | 12,401.79 | 12,401.79 | 4,111.61 |
| 000004 | XENITH BANK | 7100-000 | NA | 135,457.94 | 135,457.94 | 44,908.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 70,767.00 | $ 156,761.51 | $ 156,761.51 | $ 51,971.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| For Period Ending: | 04/10/17 | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8438 PHEASANT RUSH COURT, ASHLAND, VIRGINIA 23005 | 550,600.00 | 0.00 | | 0.00 | FA |
| 8438 Pheasant Rush Court, Ashland, Virginia 23005 - liens exceed value. | | | | | |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| Cash in wallet | | | | | |
| Debtor Claimed Exemption | | | | | |
| 3. UNION BANK CHECKING | 10.00 | 0.00 | | 0.00 | FA |
| Union Bank, 10250 Staples Mill Road, Glen Allen, VA 23060 - checking account #8352617246 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD GOODS | 3,900.00 | 0.00 | | 0.00 | FA |
| Living Room furniture, Dining Room furniture, (3) Bedrooms, Bonus Room, (3) TV's, Garage, Deck Furniture | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. BOOKS / COLLECTIBLES | 250.00 | 249.00 | | 0.00 | FA |
| Misc. books, pictures, CD's and albums - Burdensome | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| Men's - casual, business and dress clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. FURS AND JEWELRY | 500.00 | 499.00 | | 0.00 | FA |
| Class ring and men's watch - Burdensome. | | | | | |
| 8. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| Wedding ring | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| Firearms - Mossberg Shotgun Black Powder Rifle CZ75 9mm | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| | | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. FIREARMS AND HOBBY EQUIPMENT | 200.00 | 199.00 | | 0.00 | FA |
| Tennis racquets and ski equipment - Burdensome. | | | | | |
| 11. INSURANCE POLICIES | 10,905.28 | 5,971.28 | | 5,971.29 | FA |
| Lincoln Benefit Life Company - Whole Life policy #02L1110437. Debtor purchased the unexempted portion of the life insurance cash value from the bankruptcy estate. | | | | | |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. PARTNERSHIPS - JM COMMERCIAL | 0.00 | 0.00 | | 0.00 | FA |
| JM Commercial Real Estate - 45% interest | | | | | |
| 14. PARTNERSHIPS - HAMA II, LLC | Unknown | 0.00 | | 80,000.00 | FA |
| HAMA II, LLC - LLC owns Bowles Farm Plaza - 7500 Mechanicsville Turnpike, Mechanicsville, VA 23111 - Est. Value: $4,000,000.00 - Approx Note on Property $3,250,000.00 - additionally debts owed to other LLC members is basis for Debtor's belief that the LLC does not have any value. | | | | | |
| 15. 2001 HONDA CIVIC | 600.00 | 0.00 | | 0.00 | FA |
| 2001 Honda Civic 4D Sedan w/ approximately 161,000 miles.  Vehicle is owned jointly. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. 2004 FORD EXPLORER | 1,250.00 | 0.00 | | 0.00 | FA |
| 2004 Ford Explorer w/ approximately 164,000 miles.  Vehicle is owned jointly. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. 2008 FORD FOCUS | 1,850.00 | 0.00 | | 0.00 | FA |
| 2008 Ford Focus w/ approximately 90,000 miles.   Vehicle is owned jointly. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 15-33650 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/21/15 (f) |
| | | | | 341(a) Meeting Date: | 08/18/15 |
| | | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 18. 2005 UTILITY TRAILER | 200.00 | 199.00 | | 0.00 | FA |
| 2005 Utility Trailer - Burdensome. | | | | | |
| 19. 2006 TORO RIDING MOWER | 300.00 | 299.00 | | 0.00 | FA |
| Burdensome. | | | | | |
| 20. OFFICE EQUIPMENT | 900.00 | 600.00 | | 0.00 | FA |
| Misc. office equipment, Dell laptop and HP printer - Burdensome. | | | | | |
| 21. INTEREST IN HAMA II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| HAMA II, LLC - 12.756% interest (This is the same as asset #14; previously entered as asset #12 and voided in error). | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $572,915.28 | $8,016.28 | | $85,971.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/10/17: Prepared TDR.

03/13/17: Distributed checks.

March 02, 2017, 12:42 pm  Called case administrator to check on Order for TFR.

01/31/17: Amended TFR approved; NFR filed with Court and mailed to creditors; Objection deadline is 02/22/17.

01/26/17: Bank of Hampton Roads is now Xenith Bank - amended POC filed.  Prepared amended TFR/NFR.

01/24/17: Bank of Hampton Roads amending claim - call in to UST re amending TFR.  Kirk Vogel will follow-up on amended POC;  Telephone call with Amy Busch at UST (she discussed with Anne Hiers) - need to file  Amended TFR ;  Telephone conference with Cindy at Bankruptcy Court to hold off on submitting Order on TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-33650    KRH    Judge: KEVIN R. HUENNEKENS | Trustee Name:    HARRY SHAIA, JR., TRUSTEE |
| Case Name: | MELTON, MICHAEL J. | Date Filed (f) or Converted (c):    07/21/15 (f) |
| | | 341(a) Meeting Date:    08/18/15 |
| | | Claims Bar Date:    11/20/15 |

01/17/17: TFR approved and filed with Court - objections due 02/07/17; Mailed NFR.

11/11/16: Prepared TFR & submitted to UST for review/approval.

11/11/16: Filed Redford's application for compensation; notice with TFR.

10/10/16: Fee application in from Ellis Redford.

09/22/16: Mailed tax returns to VA & IRS with prompt determination letters.

09/21/16: Ellis Redford's office delivered tax returns..

09/19/16: Received 2015 tax returns; forwarded to Ellis Redford.

09/13/16: Email from Ellis Redford, should have tax returns complete by next week at latest.

06/15/16: Attorney fee application filed.  Hearing scheduled for 7/13/2016 at 12:00 PM

06/03/16: Kirk Vogel is preparing his final fee application.

04/27/15: 2015 schedule K-1 sent to Ellis Redford.

04/26/16: Ellis Redford requires the schedules K-1 for 2014 & 2015 for HAMA II LLC.  Forwarded 2013 & 2014.  Requested 2015 from debtor's attorney.

04/22/16: Prepared application to employ Ellis Redford

04/06/16: Hearing held; Motion GRANTED; Objection Overruled

04/05/16: Objection to sale filed by William Baldwin

04/05/16: Auction held and interest in the LLC sold for $80K

03/31/16: Order entered Authorizing Trustee to Disclose Financial Information of Hama II, LLC to Potential Bidders

03/25/16: Order to Sell entered by court.

02/26/16: Motion filed: Trustee proposes to sell the Membership Interest to QuickLiquidity or the highest bidder for the purchase price of $20,000.00 or such higher bid amount to be paid within three (3) days of entry of any order of this Court approving such sale.

01/13/16: Offer in from Yoni Miller to purchase partnership interest for $20K;  Kirk will withdraw previously filed Motion and file new Motion.

01/08/16: Final check in amount of $1990.43 received.

12/30/15: Motion filed to sell the Membership Interest to HAMA for the purchase price of $15,000.00 to be paid within two (2) business days of entry of any order of this Court approving such sale.

12/09/15: Debtor delivered cashier's check for $1990.43.

11/25/15: Reviewed claims 1-4.  No objections.

11/09/15: Debtor delivered cashier's check for $1990.43.

09/29/15: Debtor to pay $1990.43 on 11/10/15, 12/10/15 and 01/11/16.

09/10/15: the debtor is to pay the estate the $5971.28 in life insurance in 3 installments

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Exhibit 8

| | |
|---|---|
| Case No: 15-33650    KRH    Judge: KEVIN R. HUENNEKENS | Trustee Name:    HARRY SHAIA, JR., TRUSTEE |
| Case Name: MELTON, MICHAEL J. | Date Filed (f) or Converted (c):    07/21/15 (f) |
| | 341(a) Meeting Date:    08/18/15 |
| | Claims Bar Date:    11/20/15 |

08/20/15:  Notice as Asset Case.

08/18/15:  Debtor has 10 days to provide letter to trustee on how he intends to surrender non-exempted portion of life insurance.

Initial Projected Date of Final Report (TFR): 09/30/16        Current Projected Date of Final Report (TFR): 09/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-33650 -KRH | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | Bank Name: | Signature Bank |
| | | Account Number / CD #: | *******8034 Checking |
| Taxpayer ID No: | *******3443 | | |
| For Period Ending: | 04/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 06/07/16 | | Trsf In From EAGLEBANK | INITIAL WIRE TRANSFER IN | 9999-000 | 85,760.01 | | 85,760.01 |
| C 08/05/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 91.05 | 85,668.96 |
| C 09/08/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 90.96 | 85,578.00 |
| C 10/07/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 87.94 | 85,490.06 |
| C 03/03/17 | 010001 | HARRY SHAIA, JR., TRUSTEE IN BANKRUPTCY<br>8550 MAYLAND DRIVE<br>RICHMOND, VIRGINIA 23294 | Chapter 7 Compensation/Fees | 2100-000 | | 7,548.56 | 77,941.50 |
| C 03/03/17 | 010002 | HARRY SHAIA, JR., TRUSTEE IN BANKRUPTCY<br>8550 MAYLAND DRIVE<br>RICHMOND, VIRGINIA 23294 | Chapter 7 Expenses | 2200-000 | | 94.47 | 77,847.03 |
| C 03/03/17 | 010003 | VOGEL & CROMWELL LLC<br>204 MC CLANAHAN AVENUE<br>ROANOKE, VA 24014 | Claim 000005, Payment 100.00000%<br>Attorney to Trustee Fees-other Firm | 3210-000 | | 19,893.75 | 57,953.28 |
| C 03/03/17 | 010004 | VOGEL & CROMWELL LLC<br>204 MC CLANAHAN AVENUE<br>ROANOKE, VA 24014 | Claim 000006, Payment 100.00000%<br>Attorney to Trustee Exp -other firm | 3220-000 | | 590.27 | 57,363.01 |
| C 03/03/17 | 010005 | GEORGE ELLIS REDFORD, IV, P.C., CPA<br>2573 HOMEVIEW DRIVE<br>RICHMOND, VA 23294-1700 | Claim 000007, Payment 100.00000%<br>Accountant to Trustee - Fees | 3410-000 | | 881.27 | 56,481.74 |
| C 03/03/17 | 010006 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000002A, Payment 100.00000%<br>2013 Income Taxes | 5800-000 | | 4,509.96 | 51,971.78 |
| C 03/03/17 | 010007 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. BOX 1847<br>WILSON, NC 27894 | Claim 000001, Payment 33.15346%<br>Visa #5087 | 7100-000 | | 2,850.67 | 49,121.11 |
| C 03/03/17 | 010008 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000002B, Payment 33.15423%<br>Penalty on 2013 Income Taxes | 7100-000 | | 100.58 | 49,020.53 |
| C 03/03/17 | 010009 | USAA SAVINGS BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 33.15336%<br>Credit Card #5127 | 7100-000 | | 4,111.61 | 44,908.92 |
| C 03/03/17 | 010010 | XENITH BANK<br>ATTN: JACQUELINE BYERS<br>641 LYNNHAVEN PARKWAY<br>VIRGINIA BEACH, VA 23452 | Claim 000004, Payment 33.15341%<br>Commercial Guaranty Gateway Bank<br>SRA Construction #8326, #8334, #9038 | 7100-000 | | 44,908.92 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 15-33650 -KRH | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MELTON, MICHAEL J. | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0017 Checking - Non Interest |
| Taxpayer ID No: | *******3443 | | |
| For Period Ending: | 04/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/09/15 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 1 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 1,990.43 |
| C  12/08/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 2.00 | 1,988.43 |
| C  12/09/15 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 2 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 3,978.86 |
| C  01/08/16 | 11 | JM COMMERCIAL REAL ESTATE LLC | Liquidation of personal property Payment 3 of 3 for cash value of Lincoln Benefit Life Insurance policy. | 1129-000 | 1,990.43 | | 5,969.29 |
| C  01/13/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 3.00 | 5,966.29 |
| C  02/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 5,960.29 |
| C  03/07/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 5,954.29 |
| *C  03/09/16 | 001001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM INVOICE # 256522 POLICY #3792908 - 03/01/2016 - 03/01/2017 | 2300-000 | | 3.57 | 5,950.72 |
| *C  03/10/16 | 001001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS | 2300-000 | | -3.57 | 5,954.29 |
| *C  03/10/16 | 001002 | INSURANCE BROKERAGE ANTITRUST LITIG C/O COMPLETE CLAIM SOLUTIONS, LLC P.O. BOX 24721 WEST PALM BEACH, FL 33416 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM BOND POLICY # 3792908 - 03/01/2016 - 03/01/2017 INVOICE # 256522 | 2300-000 | | 4.07 | 5,950.22 |
| *C  03/10/16 | 001002 | INSURANCE BROKERAGE ANTITRUST LITIG C/O COMPLETE CLAIM SOLUTIONS, LLC P.O. BOX 24721 WEST PALM BEACH, FL 33416 | BOND PAYMENTS Payee incorrect | 2300-000 | | -4.07 | 5,954.29 |
| C  03/10/16 | 001003 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OHIO  44145 | BOND PAYMENTS CHAPTER 7 TRUSTEE BLANKET BOND PREMIUM BOND POLICY # 3792908 - 03/01/2016 - 03/01/2017 INVOICE # 256522 | 2300-000 | | 4.28 | 5,950.01 |
| C  04/06/16 | 14 | REMA 2755 PHILMONT AVE, STE 130 HUNTINGTON VALLEY, PA 19006 | Liquidation of personal property Proceeds from auction of debtor's interest in HAMA II, LLC held on 04/05/16. Sale approved by Order entered 04/27/16 (Doc 64). | 1129-000 | 75,000.00 | | 80,950.01 |
| C  04/06/16 | 14 | Quick Liquidity 500 NE Spanish River Blvd #205 Boca Raton, FL  33431 | Liquidation of personal property Deposit from QuickLiquidity for debtor's interest in HAMA II, LLC.  Sale approved by Order entered 04/27/16 (Doc 64). | 1129-000 | 5,000.00 | | 85,950.01 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 15-33650 -KRH | Trustee Name: | HARRY SHAIA, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MELTON, MICHAEL J. | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0017  Checking - Non Interest |
| Taxpayer ID No: | *******3443 | | |
| For Period Ending: | 04/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 04/11/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 6.00 | 85,944.01 |
| C 05/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 72.00 | 85,872.01 |
| C 06/01/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 91.00 | 85,781.01 |
| C 06/03/16 | | EagleBank | Pro-rated June 16' bank fee | 2600-000 | | 21.00 | 85,760.01 |
| C 06/07/16 | | Trsf To Signature Bank | FINAL TRANSFER | 9999-000 | | 85,760.01 | 0.00 |

**Total Of All Accounts    0.00**